ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
ADRIAN T. KINSELLA
DAVID E. THEISS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

**Apr 09, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:26-cr-0043 DC |
| Plaintiff, | [~~PROPOSED~~] SEALING ORDER |
| v. | **UNDER SEAL** |
| STERICYCLE, INC., | |
| Defendant. | |

**UNDER SEAL**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the entire file in the above-captioned matter be SEALED and shall not be disclosed to any person, unless otherwise ordered by the Court. The United States Attorney's Office may share these documents with defense counsel as necessary to effectuate the negotiated resolution.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing these documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.

//

//

[PROPOSED] SEALING ORDER

The Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

DATED: April 9, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] SEALING ORDER