

United States District Court
Eastern District of California

**SEALED**

| USA | Case Number: | 2:26-CR-0043-DC |
|---|---|---|

Plaintiff(s)

V.

| Stericycle |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Terra Reynolds _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Stericycle Inc. _____

On ___01/07/2003___ (date), I was admitted to practice and presently in good standing in the

___Supreme Court of Illinois___ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ___05/07/2026___          Signature of Applicant: /s/ ___Terra Reynolds___

**Pro Hac Vice Attorney**

Applicant's Name:        Terra Reynolds

Law Firm Name:        Latham & Watkins LLP

Address:        330 North Wabash Avenue, Suite 2800

City:        Chicago        State:        IL        Zip:        60611

Phone Number w/Area Code:        (312) 876-7700

City and State of Residence:        Chicago, IL

Primary E-mail Address:        terra.reynolds@lw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:        Jason Masashi Ohta

Law Firm Name:        Latham & Watkins LLP

Address:        12670 High Bluff Drive

City:        San Diego        State:        CA        Zip:        92130

Phone Number w/Area Code:        (858) 523-5400        Bar #        211107

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  May 11, 2026

Dena Coggins
United States District Judge