UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STERICYCLE, INC.,<br><br>Defendant. | No. 2:26-cr-00043-DC-1<br><br>ORDER AUTHORIZING THE CLERK OF THE COURT TO RECEIVE MONETARY PENALTY FUNDS IN CONNECTION WITH DEFERRED PROSECUTION AGREEMENT |

On April 9, 2026, the Government filed an information charging Defendant Stericycle, Inc., with one count of conspiracy to defraud the United States in violation of 18 U.S.C. § 371. (Doc. No. 1 at 11.)

On May 27, 2026, the Government filed a deferred prosecution agreement ("DPA") as to Defendant. (Doc. No. 15.) On May 29, 2026, the parties appeared before this court for a hearing on the DPA. (Doc. No. 21.) At that hearing, the court accepted the parties' DPA. (*Id.*) As part of the DPA, Defendant agreed to pay a criminal fine of $19,080,000 to the United States Treasury no later than five business days after the DPA is fully executed. (Doc. No. 15 at 5, 8, 27.)

/////

/////

/////

/////

1

Accordingly, to facilitate payment to the United States Treasury, this court hereby authorizes the Clerk of the Court of the United States District Court for the Eastern District of California to receive the $19,080,000 in criminal fine funds from Defendant pursuant to the DPA.

IT IS SO ORDERED.

Dated:    **June 17, 2026**

Dena Coggins
United States District Judge